## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAQQA, INC., OMDEV, INC., OM RIYA, INC., E and B LIQUORS, INC., MICHAEL CAIRO, and JASON VAN LENTE, for Themselves and on Behalf of all Other Persons Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHSTAR LOTTERY GROUP, LLC, IGT GLOBAL SOLUTIONS CORPORATION, and SCIENTIFIC GAMES INTERNATIONAL, INC., <br><br> Defendants. | Case No. 17-cv-246-SMY |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, Plaintiffs' claims against the Defendants are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:** October 16, 2020     MARGARET M. ROBERTIE,
Clerk of Court

By: s/ Stacie Hurst, Deputy Clerk

**Approved:**

**STACI M. YANDLE**
**U.S. DISTRICT JUDGE**